**Samuel D. MARTIN, Plaintiff— Appellant,**

v.

**Damanjeet CHUGH; et al., Defendants—Appellees.**

No. 10–35728.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.\*

Filed Nov. 1, 2011.

Samuel D. Martin, Walla Walla, WA, pro se. .

Amy C. Clemmons, Assistant Attorney General, Office of the Attorney General, Spokane, WA, for Defendants–Appellees.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM \*\*

Samuel D. Martin, a Washington state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Martin failed to raise a genuine dispute of material fact as to whether Chugh's failure to order an x-ray "was medically unacceptable under the circumstances and was chosen in conscious disregard of an excessive risk to [his] health." *Id.* at 1058 (explaining that a difference of medical opinion is insufficient, as a matter of law, to establish deliberate indifference) (citation and internal quotation marks omitted). Martin also failed to raise a genuine dispute of material fact as to whether Smith's denial of his grievance amounted to deliberate indifference. *See id.* at 1057 (a prison official acts with deliberate indifference only if he knows of and disregards an excessive risk to the prisoner's health and safety).

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Martin's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.